# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,            )<br>                                                       )<br>                      Plaintiff,         )<br>                                                       )<br>vs.                                                 )<br>                                                       )<br>Jonathan Odswand Simmons,  )<br>                                                       )<br>                      Defendant.     ) | **PRETRIAL STATUS CONFERENCE**<br><br><br>Case No. 1:25-cr-203 |

The undersigned shall hold a pretrial status conference with counsel by telephone on October 16, 2025, at 10:15 AM to discuss, among other things, the viability of the current trial date. To participate, counsel shall call (571) 353-2301 and enter "Call ID" 292466149. Counsel are strongly encouraged to consult with each other prior to the conference. This will enable the conference to progress more expeditiously.

**IT IS SO ORDERED.**

Dated this 23rd day of September, 2025.

>              */s/ Clare R. Hochhalter*
>              Clare R. Hochhalter, Magistrate Judge
>              United States District Court